# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal Action No. 10-00106-CG** |
| | ) | |
| **GUSTAVO PEREZ-TAPIA, and** | ) | |
| **JOSE FUENTES-BRAVO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the court on the United States' Motion to Dismiss Indictment (Doc. 21).

Upon due consideration of the grounds cited and Rule 48 of the Federal Rules of Criminal Procedure, the motion is hereby **GRANTED**; therefore, the Indictment filed on May 27, 2010 against Gustavo Perez-Tapia and Jose Fuentes-Bravo is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 30th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE